IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICKY LANG,

        Defendant.

ORDER

Case No. 13-cr-119-wmc

The defendant in the above-entitled case has been convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

Date : March 6, 2014

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

cc:     USA, Defense Atty, USPO